1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL BANCHICH,

11          Petitioner,          No. 2:11-cv-0336 GEB KJN P

12       vs.

13   RAUL LOPEZ, Warden,

14          Respondent.          <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner proceeding without counsel.  On September 19, 2012,

17   petitioner was granted until October 15, 2012, in which to file an opposition to respondent's

18   August 30, 2012 motion to dismiss.  On September 27, 2012, petitioner filed a motion styled

19   "Motion for Meaningful Access to the Courts and Prison Law Library."  (Dkt. No. 42.)

20   Petitioner contends that he has been denied all access to the prison law library for the past five

21   months, including access to the "paging/cell delivery" services.  (<u>Id.</u>)  Petitioner states that he has

22   filed several requests for access, as well as inmate appeals, and notice of the obstruction of his

23   access.  (<u>Id.</u>)

24          The court is unable to rule on respondent's motion to dismiss absent petitioner's

25   opposition.  Accordingly, counsel for respondent shall inquire as to the status of petitioner's

26   access to the law library at California State Prison, Corcoran, and shall, within fourteen days

1

1    from the date of this order, file a declaration addressing petitioner's access.

2              Accordingly, IT IS HEREBY ORDERED that:

3              1.  Counsel for respondent shall inquire as to the status of petitioner's access to

4    the law library at California State Prison, Corcoran, and shall, within fourteen days from the date

5    of this order, file a declaration addressing petitioner's access; and

6              2.  The Clerk of the Court is directed to serve a copy of this order on the Litigation

7    Coordinator, California State Prison, Corcoran, P.O. Box 3461, Corcoran, CA  93212.

8    DATED:  October 15, 2012

9

10                                    _____
                                      KENDALL J. NEWMAN

11                                    UNITED STATES MAGISTRATE JUDGE

12   banc0336.fb

13

14

15

16

17

18

19

20

21

22

23

24

25

26