IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL BANCHICH,

    Petitioner,                    No. 2:11-cv-0336 GEB KJN P

    vs.

RAUL LOPEZ, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding without counsel. On September 27, 2012, petitioner filed a motion requesting access to the prison law library to enable him to file an opposition to the pending motion to dismiss. On October 15, 2012, the court ordered respondent to inquire as to petitioner's access to the law library, and to file a declaration addressing such access. However, on October 15, 2012, petitioner filed a 46 page opposition to the motion, which was entered on the court's docket on October 16, 2012. Thus, it appears petitioner's motion is moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's September 27, 2012 motion (dkt. no. 42) is denied without prejudice;

////

1

2. The October 15, 2012 order (dkt. no. 44) is vacated, and respondent is relieved of the obligation to respond thereto; and

3. Respondent shall file a reply to the October 15, 2012 opposition within seven days from the date of this order.

DATED: October 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

banc0336.vac