IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL BANCHICH,

      Petitioner,                    No. 2:11-cv-0336 GEB KJN P

    vs.

RAUL LOPEZ,

      Respondent.                ORDER

                            /

        Petitioner is a state prisoner proceeding without counsel. On November 13, 2012, petitioner filed a motion styled, "Motion for Summary Judgment (Respondent Failed to File Timely Response/Failure to Prosecute." (Dkt. No. 48.) Petitioner alleges respondent again filed a late response to a court order. Petitioner argues that the order dated October 19, 2012, directed respondent to file a response by October 26, 2012, and that respondent did not file the response until October 30, 2012. The court construes this motion as a request to disregard respondent's reply.

        However, although the undersigned signed the order at issue on October 19, 2012, the order was not docketed or served until October 23, 2012. (Dkt. No. 46.) Thus, respondent's reply was not due until October 30, 2012, and respondent timely filed the reply on October 30, 2012. (Dkt. No. 47.) Thus, petitioner's motion is not well-taken, and is denied.

1

1      Accordingly, IT IS HEREBY ORDERED that petitioner's November 13, 2012
2 motion (dkt. no. 48) is denied.
3 DATED: March 8, 2013

                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

banc0336.den